296 U.S. 648
 56 S.Ct. 310
 80 L.Ed. 461
 The ELECTRIC AUTO-LITE COMPANY, petitioner,
v.
P. & D. MANUFACTURING COMPANY, Inc.*
 No. 574.
 Supreme Court of the United States
 December 9, 1935
 
 Messrs. Drury W. Cooper, of New York City, and Edmund B. Whitcomb, of Toledo, Ohio, for petitioner.
 
 
 1
 For opinion below, see 78 F.(2d) 700.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 665, 56 S. Ct. 380, 80 L. Ed. 474.